4410.  STRONG *v.* CITY OF ATLANTA.

HILL, C. J.  The petition for certiorari raising no question of law, and the
    evidence as therein set out being sufficient to sustain the finding of the
    recorder of the City of Atlanta, the judge of the superior court did not
    err in refusing to grant the writ.                    *Judgment affirmed.*
                    DECIDED OCTOBER 22, 1912.

Petition for certiorari; from Fulton superior court—Judge Ellis.
July 19, 1912.

*John A. Boykin,* for plaintiff in error.
*J. L. Mayson, W. D. Ellis Jr.,* contra.